_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:18-cv-01030-JLS-JDE                        Date: January 31, 2020
Title: Eleanor de Leon et al v. Ayman Ismail Abudawood et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                            Not Present

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY NO JOINT STATUS REPORT OR STIPULATION HAS BEEN FILED**

       On July 20, 2019, the parties filed a stipulation requesting that the Court stay the deadlines attendant to Defendants' Motion to Dismiss, or in the alternative, continue those deadlines by ninety days. (Doc. 120.) The parties represented that such a stay or continuance would allow "the valuation and accounting process … underway in the Saudi Litigation" to be completed before the instant matter was further litigated. (*Id*. at 2.) The Court granted the stipulation on July 22, 2019. (Doc. 121.) In that Order, the Court stated "[w]ithin 30 days of the completion of the valuation and accounting process described in the parties' Stipulation, the parties shall file a further stipulation with the Court with proposed deadlines relating to briefing and a hearing on Defendants' Motion to Dismiss." (*Id*.) In the intervening six months, the parties have neither filed such a further stipulation nor otherwise apprised the Court of the status of this case.
       The Court therefore ORDERS the parties to file a joint status report within **fourteen (14) days** of the date of this Order. Failure to comply with this Order will result in dismissal of this action.

                                                                             Initials of Preparer: tg