# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR DE LEON, individually and as guardian ad litem for AA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AYMAN ISMAIL ABUDAWOOD *et al.*,<br><br>　　　　Defendants. | CASE NO. 8:18-cv-01030 JLS (JDEx)<br><br>**ORDER GRANTING STIPULATION TO VACATE MOTION TO DISMISS HEARING (Docs. 151, 162) AND STAYING ACTION PENDING DISMISSAL** |

**ORDER**

Based upon the Parties' Stipulation to Vacate Motion to Dismiss Hearing and Notification of Settlement (Doc. 162), and for good cause shown, this Court **ORDERS** the following:

The hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 151) currently set for June 10, 2022, is VACATED. All further proceedings in this action are STAYED for 90 days. In the event the action has not yet been dismissed as of the end of the stay, and no later than September 9, 2022, the parties are ORDERED to file a joint report regarding the status of settlement.

**IT IS SO ORDERED**.

DATED: June 07, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE