UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR DE LEON, individually and as guardian ad litem for AA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AYMAN ISMAIL ABUDAWOOD *et al.*,<br><br>　　　　Defendants. | Case No. 8:18-cv-01030-JLS(JDEx)<br><br>**FINAL JUDGMENT** |

On June 9, 2023, the Court issued a minute order Re: Order to Show Cause Regarding Dismissal, in which it dismissed the entire action with prejudice. Pursuant to Federal Rule of Civil Procedure Rule 58(c)(2)(B), a final judgment was "constructively entered" on November 6, 2023—150 days elapse after the court issues a dispositive ruling. *Orr v. Plumb*, 884 F.3d 923, 929 (9th Cir. 2018). For the avoidance of doubt, the Court now enters final judgment effective November 6, 2023.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT**: The action is dismissed with prejudice. Plaintiff shall take nothing effective November 6, 2023. The parties shall bear their own costs.

Dated:  February 15, 2024

_____
Hon. Josephine L. Staton
United States District Judge